# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144479

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM JAMES HASTINGS,
        Defendant-Appellant.

SC: 144479
COA: 299960
Jackson CC: 04-000690-FH

_____/

      By order of March 29, 2013, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Garrett* (Docket No. 145594). On order of the Court, the case having been decided on December 20, 2013, 495 Mich ___ (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



s0224

Clerk